AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

COPY

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Harmon, Melinda | 2. Court or Organization<br><br>U. S. District Court | 3. Date of Report<br><br>August 8, 2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate ful- or -art-time)<br><br>Active Article III Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b.<br>☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>515 Rusk, Suite 9114<br>Houston, Texas 77002 | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer: _____  Date: _____, 2007 | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed.  Complete all parts, checking the NONE box for each part where you have no reportable information.  Sign on last page.*

## I.  POSITIONS.  (Reporting individual only; see pp. 9-13 of instructions)

☒  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | ███████ Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II.  AGREEMENTS.  (Reporting individual only; see pp.14-16 of instructions)

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (Yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income — *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for homoraria.)*

[ ] NONE *(No reportable noninvestment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Law Firm: Crain Caton & James |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS. - *transportation, lodging, food, entertainment (includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children. See pp. 32-34 of Instructions.)*

[ ] NONE *(No reportable gifts.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Secured Note | J |
| 2. | Bank of America | Credit Card | L |
| 3. | Capital One | Credit Card | K |
| 4. | Capital One | Unsecured Note | J |
| 5. | Bank of America | Credit Card | J |
| 6. | Bank of America | Credit Card | J |
| 7. | Chase | Credit Card | J |
| 8. | Bank of America | Credit Card | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII.  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **Trust #1** | D | Div | N | T | | | | | |
| 2. **Common Stock, Account 1** | | | | | | | | | |
| 3. ABB Ltd. | | | | | Buy | 10/24 | J | | |
| | | | | | Buy | 11/6 | J | | |
| 4. Altria Group Inc. | | | | | | | | | |
| 5. American Express | | | | | | | | | |
| 6. American Int'l Group, Inc. | | | | | | | | | |
| 7. Ameriprise Financial Inc. | | | | | | | | | |
| 8. Apple, Inc. | | | | | Buy | 10/24 | J | | |
| 9. Automatic Data Processing | | | | | Buy | 10/24 | J | | |
| 10. Bank of America Corp. | | | | | | | | | |
| 11. BP PLC | | | | | | | | | |
| 12. Bristol Myers Squibb | | | | | | | | | |
| 13. Caterpillar, Inc. | | | | | Buy | 10/24 | J | | |
| 14. Chevron Corp. | | | | | | | | | |
| 15. Cisco Sys. Inc. | | | | | Buy | 10/24 | J | | |
| 16. Citigroup Inc. | | | | | | | | | |
| 17. Coca-Cola Company | | | | | | | | | |
| 18. Conoco Phillips | | | | | | | | | |
| 19. Emerson Electric | | | | | | | | | |
| 20. Exxon Mobil Corporation | | | | | | | | | |
| 21. Fannie Mae | | | | | Sell | 10/24 | J | | |
| 22. General Electric Co. | | | | | | | | | |
| 23. Halliburton | | | | | Buy | 10/24 | J | | |
| 24. HSBC Holdings PLC | | | | | Buy | 10/24 | J | | |
| 25. Home Depot, Inc. | | | | | | | | | |
| 26. Intel Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 Q=Appraisal U=Book Value | R = Cost (Real Estate Only) V = Other | P4=More than $50,000,000 S=Assessment W=Estimated | T=Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 27. Trust #1 [continued] | | | | | | | | | |
| 28. **Common Stock, Account 1** [continued] | | | | | | | | | |
| 29. International Business Machines | | | | | | | | | |
| 30. Johnson & Johnson | | | | | | | | | |
| 31. JP Morgan Chase & Co. | | | | | | | | | |
| 32. Kraft Foods Inc. | | | | | Spin Off | 4/2 | N/A | N/A | |
| | | | | | Partial Sell | 10/24 | J | | |
| 33. Marsh & McClennan Cos., Inc. | | | | | Sell | 10/24 | J | | |
| 34. McGraw Hill Cos., Inc. | | | | | | | | | |
| 35. Merck & Co., Inc. | | | | | | | | | |
| 36. Merrill Lynch & Co., Inc. | | | | | | | | | |
| 37. Microsoft Corporation | | | | | | | | | |
| 38. News Corp Inc. CLA | | | | | | | | | |
| 39. Pepsico Incorporated | | | | | | | | | |
| 40. Qualcomm, Inc. | | | | | Buy | 10/24 | J | | |
| 41. Pfizer Incorporated | | | | | | | | | |
| 42. Praxair, Inc. | | | | | Buy | 10/24 | J | | |
| 43. Procter & Gamble Co. | | | | | | | | | |
| 44. Royal Dutch Shell PLC | | | | | | | | | |
| 45. Smucker JM Co (New) | | | | | Sell | 10/24 | J | | |
| 46. St. Paul Travelers Cos. Inc. | | | | | Exchange | 2/27 | J | A | |
| 47. Target Corp. | | | | | | | | | |
| 48. Texas Instruments Inc. | | | | | | | | | |
| 49. Total, SA | | | | | Buy | 10/24 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. Trust #1 [continued] | | | | | | | | | |
| 51. Common Stock, Account 1 [continued] | | | | | | | | | |
| 52. Transocean, Inc. | | | | | Buy | 10/24 | J | | |
| | | | | | Sell | 11/27 | J | | |
| | | | | | Exchange | 11/27 | N/A | | |
| 53. Travelers Cos. Inc. | | | | | Exchange | 2/27 | N/A | A | |
| | | | | | Sell | 10/24 | J | A | |
| 54. United Technologies | | | | | Buy | 10/24 | J | | |
| 55. Walmart Stores, Inc. | | | | | | | | | |
| 56. Walgreen Company | | | | | | | | | |
| 57. Cash and Money Mkt. Funds, Account 1 | | | | | | | | | |
| 58. Tamarack Inv. Funds Prime | | | | | | | | | |
| 59. Common Stock, Account 2 | | | | | | | | | |
| 60. ABB Ltd. | | | | | Buy | 8/7 | J | | |
| 61. Acergy SA SPON ADR | | | | | | | | | |
| 62. AEON Company, Ltd. | | | | | Partial Sell | 1/19 | J | A | |
| | | | | | Sell | 4/12 | J | | |
| 63. Agrium Inc. | | | | | Buy | 2/14 | J | | |
| 64. Anglo American PLC ADR | | | | | | | | | |
| 65. Atlas Copco AB | | | | | Buy | 7/19 | J | | |
| 66. Australia & New Zealand Bkg Sponsored ADR (New) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q=Appraisal | V = Other | S=Assessment | | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ¹ **Trust #1** [continued] | | | | | | | | | |
| 68. AXA Sponsd ADR | | | | | | | | | |
| 69. Banco Santander | | | | | | | | | |
| 70. Barclays PLC ADR | | | | | Partial Sell | 7/23 | J | A | |
| | | | | | Partial Sell | 10/23 | J | A | |
| 71. British Amern TOB PLC | | | | | | | | | |
| 72. BT Group PLC | | | | | Partial Sell | 10/16 | J | A | |
| 73. Canadian Pacific Railway Ltd. | | | | | Sell | 10/30 | J | A | |
| 74. Canon Inc. | | | | | | | | | |
| 75. Central Europe & Russia | | | | | | | | | |
| 76. China Mobile HK Ltd. | | | | | Partial Sell | 2/22 | J | A | |
| 77. Commerce Bank AG | | | | | | | | | |
| 78. Companhia Vale Do Rio Doce Sponsored ADR | | | | | Stock Distrib | 9/12 | N/A | N/A | |
| 79. DBS Group Holdings | | | | | | | | | |
| 80. Diageo PLC | | | | | | | | | |
| 81. E on AG | | | | | | | | | |
| 82. Encana Corp. | | | | | Sell | 1/10 | J | | |
| 83. Endesa SA | | | | | Sell | 3/15 | J | A | |
| 84. Enel Societa Per Azioni | | | | | | | | | |
| 85. Erste BK Der Oester SPAR ADR | | | | | Buy | 5/8 | J | | |
| 86. Fomento Economico Mexicano | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q=Appraisal | | S=Assessment | | |
| | U=Book Value | V = Other | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII.  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children.  See pp. 34-60 of filing instructions.)

☐  NONE (No reportable non-investment income.)

| A.<br><br>Description of Assets<br>(including trust assets).<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>Div.,<br>rent,<br>or int.) | (1)<br>Amount<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>Buy, sell,<br>merger,<br>redemption.) | (2)<br>Date<br>Month<br>- Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 87. ¹ **Trust #1** [continued] | | | | | | | | | |
| 88. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 89. France Telecom | | | | | Buy | 8/22 | J | | |
| | | | | | Buy | 10/30 | J | | |
| 90. Honda Motor Ltd. | | | | | | | | | |
| 91. HSBC Holdings | | | | | | | | | |
| 92. ING Groep NV | | | | | | | | | |
| 93. Ireland Bank | | | | | Buy | 1/11 | J | | |
| | | | | | Sell | 9/14 | J | | |
| 94. JSC MMC Norilsk Nickel | | | | | Buy | 3/28 | J | | |
| 95. Keppel Ltd Spons ADR | | | | | | | | | |
| 96. Komatsu Ltd. | | | | | | | | | |
| 97. Kookmin Bank | | | | | Buy | 12/13 | J | | |
| 98. Levono Group Ltd. | | | | | Buy | 10/24 | J | | |
| 99. MSCI South Korea Index FD | | | | | | | | | |
| 100. Mitsubishi Corp. | | | | | | | | | |
| 101. Mitsubishi UFJ Finl ADR | | | | | Partial Sell | 2/19 | J | A | |
| | | | | | Partial Sell | 4/25 | J | A | |
| | | | | | Sell | 5/10 | J | A | |
| 102 Nestle SA | | | | | Buy | 8/28 | J | | |
| 103. Nexen Inc. | | | | | Buy | 9/5 | J | | |
| 104. Nintendo | | | | | Buy | 3/23 | J | | |
| | | | | | Buy | 4/12 | J | | |
| | | | | | Buy | 5/22 | J | | |
| 105. Norsk Hydro AS Sponsored ADR | | | | | Sell | 11/6 | J | | |

| 1. | Income Gain Codes:<br>(See Columns B1 and D4) | A=$1,000 or less<br>F=$$50,001 - $100,000 | B=$1,001 - $2,500<br>G = $100,001 - $1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001 - $5,000,000 | D=$5,001 - $15,000<br>H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Code<br>(See ColumnsC1 and D3) | J=$15,000 or less<br>N=$250,001 - $500,000 | K=$15,001 - $50,000<br>O=$500,001 - $1,000,000 | L=$50,001 - $100,000<br>P1=$1,000,001-$5,000,000 | M=$100,001 - $250,000<br>P2 = $5,000,001 - $25,000,000 | |
| 3. | Value Method Codes<br>(See ColumnsC2) | P3=$25,000,001-$50,000,000<br>Q=Appraisal<br>U=Book Value | R = Cost (Real Estate Only)<br>V = Other | P4=More than $50,000,000<br>S=Assessment<br>W=Estimated | T=Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 106. Trust #1 [continued] | | | | | | | | | |
| 107. **Common Stock, Account 2** [continued] | | | | | | | | | |
| 108. Novartis AG | | | | | Sell | 8/28 | J | A | |
| 109. Orix Corporation | | | | | | | | | |
| 110. Petroleo Brasileiro SA Petrobras Sponsored ADR | | | | | | | | | |
| 111. Petroleo Brasileiro SA Spons ADR REP 1 ORD SHS | | | | | | | | | |
| 112. Philippine Long Distance Tel. Co. | | | | | | | | | |
| 113. Rio Tinto PLC | | | | | | | | | |
| 114. Roche Holdings Ltd. | | | | | | | | | |
| 115. Royal KPN (NV) | | | | | Buy | 1/19 | J | | |
| 116. RWE Aktiengesellschaft Sponsored ADR | | | | | Partial Sell | 6/22 | J | A | |
| 117. Scottish & Sthern Energy ADR | | | | | | | | | |
| 118. Sekisui House Ltd ADR | | | | | Sell | 7/17 | J | | |
| 119. Siemens AG ADR | | | | | Buy | 7/11 | J | | |
| | | | | | Sell | 8/17 | J | | |
| 120. Silver Wheaton Corp | | | | | Buy | 6/18 | J | | |
| 121. Statoilhydro ASA | | | | | Spin Off | 10/10 | N/A | | |
| 122. Sun Hung Kai PPTYS LTD Spons ADR | | | | | | | | | |
| 123. Syngenta AD ADR | | | | | | | | | |
| 124. Teck Cominco Ltd | | | | | Buy | 8/03 | J | | |
| | | | | | Sell | 12/18 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A=$1,000 or less
B=$1,001 - $2,500
C=$2,501-$5,000
D=$5,001 - $15,000
E=$15,001 - $50,000
F=$$50,001 - $100,000
G = $100,001 - $1,000,000
H1=$1,000,001 - $5,000,000
H2=More than $5,000,000

2. Value Code (See ColumnsC1 and D3)
J=$15,000 or less
K=$15,001 - $50,000
L=$50,001 - $100,000
M=$100,001 - $250,000
N=$250,001 - $500,000
O=$500,001 - $1,000,000
P1=$1,000,001-$5,000,000
P2 = $5,000,001 - $25,000,000
P3=$25,000,001-$50,000,000
P4=More than $50,000,000

3. Value Method Codes (See ColumnsC2)
Q=Appraisal
R = Cost (Real Estate Only)
S=Assessment
T=Cash Market
U=Book Value
V = Other
W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII.    INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children.  See pp. 34-60 of filing instructions.)

☐    NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 125.  **Trust #1** [continued] | | | | | | | | | |
| 126.  **Common Stock, Account 2** [continued] | | | | | | | | | |
| 127.  Tenaris SA ADR | | | | | Sell | 9/18 | J | A | |
| 128.  Telefonica SA | | | | | Buy | 10/16 | J | | |
| | | | | | Buy | 12/18 | J | | |
| 129.  Toyota Motor Corp. | | | | | | | | | |
| 130.  Total SA (Total Fina Elf SA) | | | | | | | | | |
| 131.  Turkeen Iletisim Hizmetleri | | | | | Buy | 5/24 | J | | |
| | | | | | Buy | 9/18 | J | | |
| 132.  Unibanco Uniao de Bancos, Brasilieros SA Globa | | | | | | | | | |
| 133.  UBS AG Reg | | | | | Partial Sell | 5/22 | J | A | |
| 134.  Woori Finance Holdings | | | | | Sell | 12/13 | J | | |
| 135.  **Cash and Money Mkt., Account 2** | | | | | | | | | |
| 136.  Tamarack Investment Funds Tax Free | | | | | | | | | |
| 137.  **Bonds, Account 3** | | | | | | | | | |
| 138.  Texas A & M Univ Revs. FING SYS O/Y 4.749% B/E CPN 4.750% DUE 5/15/2007 | | | | | Redemption | 5/15 | J | | |

| 1. | Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001 - $2,500 G = $100,001 - $1,000,000 | C=$2,501-$5,000 H1=$1,000,001 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Code (See ColumnsC1 and D3) | J=$15,000 or less N=$250,001 - $500,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001-$5,000,000 | M=$100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| 3. | Value Method Codes (See ColumnsC2) | P3=$25,000,001-$50,000,000 Q=Appraisal U=Book Value | R = Cost (Real Estate Only) V = Other | P4=More than $50,000,000 S=Assessment W=Estimated | T=Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII.  INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable non-investment income.)*

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 139. **Trust #1**  [continued] | | | | | | | | | |
| 140. **Bonds, Account 3** [continued] | | | | | | | | | |
| 141. Fort Worth Tx Wtr Swr Rev Ref & Impt O/Y 4.95% B/E Due  2/15/2010 | | | | | | | | | |
| 142. **Cash & Money Mkt, Account 3** | | | | | | | | | |
| 143. Tamarack Investment Funds Tax Free | | | | | | | | | |
| 144. **IRA #1** | E | Div | P1 | T | | | | | |
| 145. Exxon Mobil | | | | | | | | | |
| 146. Aim Constellation Fund Class A  * | | | | | | | | | |
| 147. SB Money Funds ** | | | | | | | | | |
| 148. Western Asset Money Mkt Fund Class A   ** | | | | | | | | | |
| 149. **IRA  #2** | A | Div | K | T | | | | | |
| 150. SB Money Funds Class A ** | | | | | | | | | |
| 151. Aim Constellation Fund Class A   * | | | | | | | | | |
| 152. Western Asset Money Mkt Fund Class A    ** | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1.  Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2.  Value Code (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| 3.  Value Method Codes (See Columns C2) | Q=Appraisal | V = Other | S=Assessment | | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. 4 IRA #3 | A | Div | M | T | | | | | |
| 154. SB Money Funds | | | | | | | | | |
| 155. Western Asset Money Mkt Fund Class A ** | | | | | | | | | |
| 156. Triumph Resources | | | | | | | | | |
| 157. Zweig Total Return Fund (Close End) | | | | | | | | | |
| 158. Aim Constellation Fund Class A * | | | | | | | | | |
| 159. Alliance Bernstein Large Cap Growth Fund Class C *** | | | | | | | | | |
| 160. 5 Law Firm 401K Profit Sharing Plan | | None | N | T | | | | | |
| 161. 6 Real Estate Dallas, Tx. Parcel 1 | | None | K | Q | | | | | |
| 162. 7 Real Estate Dallas, Tx., Parcel 2 | | Rent | J | Q | | | | | |
| 163. 8 Mineral Royalty Int. | | None | J | W | | | | | |
| 164. 9 Exxon Mobil | B | Div | L | T | | | | | |
| 165. 10 Life Extra OrdinaryLife Policy Northwestern Mutual | B | Div | K | T | | | | | |
| 166. 11 Northwestern Mutual Life "65 Life" Policy #1 | A | DIV | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | V = Other | S=Assessment | T=Cash Market | |
| | U=Book Value | | W=Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | August 8, 2008 |

## VII.  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐  NONE (No reportable non-investment income.)

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets). | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period. | | | | |
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 167. 11 **Northwestern Mutual Life "65 Life" Policy #2** | A | DIV | J | T | | | | | |
| 168. 12 **Northwestern Mutual Life "65 Life" Policy #3** | A | DIV | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less F=$$50,001 - $100,000 | B=$1,001 - $2,500 G = $100,001 - $1,000,000 | C=$2,501-$5,000 H1=$1,000,001 - $5,000,000 | D=$5,001 - $15,000 H2=More than $5,000,000 | E=$15,001 - $50,000 |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less N=$250,001 - $500,000 | K=$15,001 - $50,000 O=$500,001 - $1,000,000 | L=$50,001 - $100,000 P1=$1,000,001-$5,000,000 | M=$100,001 - $250,000 P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate | P4=More than $50,000,000 | T=Cash Market | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal U=Book Value | Only) V = Other | S=Assessment W=Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 14 of 15 Pages

Name of Person Reporting

Harmon, Melinda

Date of Report
August 8, 2008

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS - *(Indicate part of Report.)*

I.        The trust listed in Part I is unfunded.  The trust has existed at least since January 2000, but I did not realize until preparing the 2008 Report that I was obliged to list it in Part I and then explain it was unfunded.

VII.      (1) Trust #1

Common stock, bonds, cash, and money market fund Accounts 1, 2, 3.

The values and amounts listed for the three different accounts reflect the 1/15 interest held in the trust by ██████████ who, it could be argued, was ██████████████ in 2007.

VII.      IRA Accounts 1, 2, 3

*        Lines 146, 151 and 158:  On March 10, 2006 the Aim Aggressive Growth Fund Class A merged into  AIM Constellation Fund Class A in a tax free merger.  The fund is now known as AIM Constellation Fund Class A.

**       Lines 147, 148, 150 and 155:  For each of these IRA's these SB Money Fund Cash Port. Class A become, without explanation, on May 1, 2007 Western Asset Money Mkt Fund Class A

***      Line 159:  On April 1,  2003 Alliance Premier Growth Fund Class C became, without explanation,  AllianceBernstein Premier Growth Fund Class C.

VII.      (5) Line 160:   Share in law firm profit sharing plan and ABA Master Profit Sharing Plant. Participant's share is invested in the Index·Equity Fund, a mutual fund, and in a self-managed account investing in Dreyfus Appreciation Mutual Fund.

VII.      (6-7) Lines 161 and 162:  Undivided 1/8 interest in two pieces of property in Dallas, Texas.  Date of appraisal, December 6, 1994.

VII.      (8) Line 163:  1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's law firm.  The interest is both a working and royalty interest on properties located in Webb County, Texas.  The enterprise is Houston Exploration Co., Houston, Texas.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.

Signature       August 8, 2008

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C.  20544